# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL BRUCE CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCI MENDOTA,<br><br>    Respondent. | Case No. 1:24-cv-00211-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 10) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 27, 2024, the Court ordered Respondent to file a response to the petition for writ of habeas corpus. (ECF No. 5.) On April 30, 2024, the Court granted Respondent until May 29, 2024, to file a response. (ECF No. 9.) As Respondent failed to file a response, on June 5, 2024, the Court ordered Respondent to file a response within seven days and to show cause why sanctions should not be imposed for failure to obey a court order. (ECF No. 10.)

On June 12, 2024, Respondent filed a response, informing the Court that the failure to respond was a result of a calendaring error after news was received of a colleague's death. (ECF No. 11.)

///

///

1       Accordingly, the Court HEREBY DISCHARGES the order to show cause (ECF No. 10) and declines to impose sanctions.

IT IS SO ORDERED.

Dated:   **June 14, 2024**

UNITED STATES MAGISTRATE JUDGE