# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL BRUCE CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCI MENDOTA,<br><br>    Respondent. | Case No. 1:24-cv-00211-KES-SAB-HC<br><br>ORDER REGARDING APPOINTMENT OF COUNSEL AND REFERRING MATTER TO FEDERAL PUBLIC DEFENDER'S OFFICE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON FEDERAL PUBLIC DEFENDER'S OFFICE<br><br>ORDER SETTING STATUS CONFERENCE |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 27, 2025, the assigned district judge adopted findings and recommendations recommending that an evidentiary hearing be held on Ground One (failure to provide Petitioner with a copy of the Disciplinary Hearing Officer ("DHO") report). (ECF No. 22.) The matter was referred to the Court to conduct the evidentiary hearing.

Rule 8 of the Rules Governing Section 2254 Cases[1] provides: "If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A. The judge must conduct the hearing as soon as

---

[1] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

practicable after giving the attorneys adequate time to investigate and prepare." Rule 8(c), Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), 28 U.S.C. foll. § 2254.

Accordingly, IT IS HEREBY ORDERED that:

1. The matter is referred to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 28 U.S.C. § 3006A;

2. Within **thirty (30) days** of the date of service of this order,

   a. A notice of appearance shall be filed with the Court by the attorney representing Petitioner; or

   b. A notice shall be filed with the Court by the Federal Public Defender's Office that Petitioner is not financially eligible for appointment of counsel;

3. The Clerk of Court is directed to serve a copy of this order on the Federal Public Defender's Office; and

4. A status conference is set for May 13, 2025, at 9:30 a.m. for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto.

IT IS SO ORDERED.

Dated:    **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2