# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL BRUCE CLARK,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No. 1:24-cv-00211-KES-SAB-HC<br><br>SCHEDULING ORDER FOLLOWING STATUS CONFERENCE<br><br>ORDER SETTING EVIDENTIARY HEARING<br><br><u>Evidentiary Hearing</u>: July 29, 2025, at 10:00 a.m. in Courtroom 9 (SAB) |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 27, 2025, the assigned district judge adopted findings and recommendations recommending that an evidentiary hearing be held on Ground One (failure to provide Petitioner with a copy of the Disciplinary Hearing Officer ("DHO") report). (ECF No. 22.) The matter was referred to the Court to conduct the evidentiary hearing.

This matter came on for a status conference on May 13, 2025, at 9:30 a.m., in this Court. Counsel Kara Ottervanger appeared for Petitioner and counsel Michelle Rodriguez appeared for Respondent.

The Court hereby sets an evidentiary hearing before the undersigned on **Tuesday, July 29, at 10:00 a.m.** in Courtroom 9. A separate order and writ of habeas corpus ad testificandum

1

for Petitioner will be issued in due course. The parties shall arrange to bring and present their witnesses and evidence during the evidentiary hearing. Any unincarcerated witnesses may appear voluntarily without further order of the Court.

On or before **July 22, 2025**, the parties shall file exhibit and witness lists and their evidentiary hearing briefs.[1] The parties may also file an evidentiary (trial) brief by July 22, 2025, although one is not required.

On or before **August 26, 2025**, the parties shall file their post-hearing briefs. On or before **September 9, 2025**, the parties may file responses to the post-hearing briefs.

IT IS SO ORDERED.

Dated:   **May 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties shall exchange discovery prior to this date.

2